Selma Savit, Administratrix of Estate of Julius Savit, Deceased, Plaintiff Appellee, v. Chicago Title and Trust Company, Trustee et al., Defendants. Theodore J. Ticktin, Appellant.

Gen. No. 43,206.

opinion filed February 14, 1946; re-

hearing denied February 26, 1946; released for publication February 26, 1946. Herman & Pollack, for appellant; Edward M. Herman and B. L. Pollack, of counsel; Shulman, Shulman & Abrams, for plaintiff appellee; Meyer Abrams, of counsel; Warren B. Buckley, Harold L. Reeve and Edmund J. Reynolds, for certain appellee; Kirkland, Fleming, Green, Martin & Ellis, for certain other appellees; Walter C. Senne and John M. O'Connor, Jr., of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.